JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES,<br><br>        Defendant. | Case No. CV 25-1501 PA (SKx)<br><br>ORDER GRANTING JOINT MOTION FOR APPROVAL OF CONDITIONAL SETTLEMENT AGREEMENT and DISMISSING ACTION |

On June 23, 2025, Plaintiff Francisco Hernandez ("Hernandez") and Defendant County of Los Angeles ("County") (collectively, "Parties") filed their Joint Motion for Approval of Conditional Settlement Agreement (Docket No. 18).

The Parties moved for an order from the Court granting approval of the Parties' conditional Settlement Agreement. The Court, having considered the Parties' Joint Motion for Approval of Conditional Settlement Agreement and finding good cause therefor, hereby GRANTS the motion and ORDERS as follows:

    1.    The Parties' conditional Settlement Agreement is approved by the Court.

    2.    This action is dismissed without prejudice to the right of either party, no later than 60 days from the date of this Order, to seek to have the matter re-opened if the County's Claims Board does not approve the conditional Settlement Agreement.

3. Absent a further order of the Court, this action will be deemed dismissed with prejudice on August 25, 2025.

4. The Scheduling Conference, currently calendared for July 7, 2025, is vacated.

DATED: June 23, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE